# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETER E. LEMOI,<br><br>        Plaintiff<br><br>v.<br><br>CCO MORTGAGE CORPORATION, RBS CITIZENS, NA and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Defendants | C.A. No. 1:12-cv-00611-M-LDA |

## **DEFENDANTS' MOTION TO DISMISS**

Now come CCO Mortgage Corporation, RBS Citizens, NA and Federal National Mortgage Association (collectively, "Defendants") and hereby move to dismiss the Complaint filed in this action.

The grounds for this motion are set forth in Defendants' memorandum of law, which is submitted herewith.

                                            CCO MORTGAGE CORPORATION, RBS CITIZENS, NA and FEDERAL NATIONAL MORTGAGE ASSOCIATION

                                            By Their Attorneys,

                                            PARTRIDGE SNOW & HAHN LLP

                                            /s/ David J. Pellegrino (#7326)
                                            David J. Pellegrino (#7326)
                                            180 South Main Street
                                            Providence, RI 02903
                                            (401) 861-8200
                                            (401) 861-8210 Fax
                                            djp@psh.com

DATED: August 30, 2013

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 30, 2013.

                /s/ David J. Pellegrino

1895200_1/5083-925